

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00159-CV

TEXAS MUTUAL INSURANCE COMPANY

APPELLANT

V.

LAWRENCE LANE

APPELLEE

------------

FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 67-253235-11

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Unopposed Motion to Withdraw Appeal."

It is the court's opinion that the motion should be granted; therefore, we dismiss

the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  August 7, 2014